January 04, 2008

Ms. Deborah J. Race
Ireland Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, TX 75703

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794
Honorable George Timothy Boswell
402nd District Court
P.O. Box 1707
Quitman, TX 75783-1707

RE: Case Number: 05-0300
 Court of Appeals Number: 06-05-00033-CV
 Trial Court Number: 2003-481

Style: IN RE BROOKSHIRE GROCERY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Jenica |
| |Turner |
| |Ms. Linda |
| |Rogers |